

# Fourth Court of Appeals
## San Antonio, Texas

November 22, 2022

No. 04-22-00255-CR

Charles **BORTON,** Jr.,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 216th Judicial District Court, Gillespie County, Texas
Trial Court No. DC7029
Honorable Albert D. Pattillo, III, Judge Presiding

# O R D E R

Appellee's brief was originally due September 23, 2022. Appellee's first motion for extension of time was granted, extending the deadline for filing the brief to October 24, 2022. On October 19, 2022, appellee filed a motion requesting an additional extension of time to file the brief until November 23, 2022, for a total extension of 60 days, and we granted appellee's motion.

On November 21, 2022, appellee filed a third motion for extension of time requesting an additional 45 days to file the brief, for a total extension of 105 days. After consideration, we **GRANT** the motion **in part** and **ORDER** appellee to file the brief **by December 23, 2022. Appellee is advised that if the brief is not filed, the case may be set at issue without an appellee's brief.**

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of November, 2022.

_____
MICHAEL A. CRUZ, Clerk of Court